1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KEVIN B. FINN
4  Assistant United States Attorney
   Calif. Bar No. 128072
5  E-mail:  kevin.finn@usdoj.gov
         Federal Building, Suite 7516
6        300 North Los Angeles Street
         Los Angeles, California 90012
7  Telephone:  (213) 894-6739
         Fax:         894-7327
8  Attorneys for Defendant
   United States of America
9
                UNITED STATES DISTRICT COURT
10
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
                      WESTERN DIVISION
12
   CARMELO VASQUEZ dba OAXACA    )    NO. CV 07-8072 JWJ
13 MARKET,                       )
                                 )    ~~[Proposed]~~
14      Plaintiff,               )    ORDER OF DISMISSAL
                                 )
15      v.                       )
                                 )
16 UNITED STATES OF AMERICA,     )
                                 )    Honorable Jeffrey W. Johnson
17      Defendant.               )
                                 )
18 _____)

19

20

21      Defendant United States of America's Motion for Summary

22 Judgment having come on for hearing on February 12, 2009, before

23 the Honorable Jeffrey W. Johnson, the Court having determined

24 that the motion is appropriate to proceed as a motion to dismiss

25 for lack of subject matter jurisdiction under Rule 12(b) of the

26 Federal Rules of Civil Procedure, the Court having considered the

27 oral argument at the time of the hearing and the pleadings filed

28 in support of and opposition to the Motion, the Court having

1  invited the parties to file supplemental briefing regarding the

2  issue of estoppel, and the Court having considered the parties

3  supplemental briefing,

4      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Court

5  lacks subject matter jurisdiction and the action is dismissed

6  with prejudice for defendant United States of America.

7

8      DATED:  This  12th day of March, 2009.

9

10                              /s/
                    _____
                    JEFFREY W. JOHNSON
11                  United States Magistrate Judge

12

13

14  Presented by:

15  THOMAS P. O'BRIEN
    United States Attorney
16  LEON W. WEIDMAN
    Assistant United States Attorney
17  Chief, Civil Division

18

19   /s/ Kevin B. Finn
    _____
    KEVIN B. FINN
20  Assistant United States Attorney

21  Attorneys for Defendant
    United States of America

22

23

24

25

26

27

28